■ ADELE AMENGUAL, Appellant, v HACHIN PROPERTIES, INC., Respondent, et al., Defendants. [625 NYS2d 950] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Werner, J.), dated December 3, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Werner at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.